RECEIVED

AUG 1 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JAMES MILLER                                        CIVIL ACTION NO. 13-cv-2658

VERSUS                                              JUDGE DOHERTY

AMERICAN STRATEGIC INS. CO.          MAGISTRATE JUDGE HANNA

JUDGMENT
(Rec. Doc. 33)

The defendants' motions to dismiss pursuant to Rule 12(b)(6) [Rec. Doc. 33] were

referred to United States Magistrate Judge Patrick J. Hanna for report and

recommendation.  After an independent review of the record, and noting the objections

lodged, this Court concludes that the Magistrate Judge's report and recommendation is

correct and adopts the findings and conclusions therein as its own. Accordingly, **IT IS**

**THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motions to

Dismiss filed by the defendant [Rec. Doc. 33] is , GRANTED  as to Defendant Liggio

Insurance Agency, and the claims of Plaintiffs against this defendant are DISMISSED,

with prejudice.

Signed at Lafayette, Louisiana this 18th day of July, 2015.

_____
Rebecca F. Doherty
United States District Judge